

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-15-00291-CV |
| IN RE | | |
| | § | ORIGINAL PROCEEDING |
| DUTY FREE AMERICAS, INC. AND | | ON PETITION FOR |
| MEUCHADIM OF TEXAS, LTD., | § | WRIT OF MANDAMUS |
| | | |
| RELATORS. | § | |

**J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable William Moody, Judge of the 34th District Court of El Paso County, Texas, and concludes Relators' motion to stay and petition for writ of mandamus should be denied. We therefore deny the motion to stay and petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 21ST DAY OF OCTOBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.